# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIGUEL ANGEL HERRERA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-150-MJR |
| | ) |
| **ROGER E. WALKER, JR.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion for Court Telephone Conference Interview (Doc. 13). After careful consideration and review, Plaintiff's motion for Court Telephone Conference Interview (Doc. 13) is **DENIED**.

**IT IS SO ORDERED**.

**DATED this 9th day of July, 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
