IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MIGUEL ANGEL HERRERA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 08-cv-150-MJR |
| ROGER E. WALKER, JR., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

**REAGAN, District Judge:**

On July 9, 2008, the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to pay the $350 filing fee within thirty days (Doc. 16). Plaintiff was warned that his failure to comply with the Court's Order could result in the dismissal of his action. More than thirty days have passed and Plaintiff still has not paid the $350 filing fee. Therefore, the instant complaint will be dismissed, with prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED this 17th day of September, 2008.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**